No. 05A695. CRAWFORD, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. v. TAYLOR. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit on January 29, 2006, presented to JUSTICE THOMAS, and by him referred to the Court, denied. JUSTICE ALITO took no part in the consideration or decision of this application.

No. 05A696. ELIZALDE v. LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE ALITO took no part in the consideration or decision of this application.

No. 05–8896 (05A693). IN RE RUTHERFORD. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE ALITO took no part in the consideration or decision of this application and this petition.

No. 05–8795 (05A677). RUTHERFORD v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 05–8887 (05A691). RUTHERFORD v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this application and this petition.